IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                CHAPTER 13 CASE
                                                     NO. 2:12-bk-30472

**ANTHONY & JACQUELINE WAGNER,**

       Debtor(s).

## AMENDED RULE 9007-1 MOTION TO APPROVEE SETTLEMENT

COMES NOW, the undersigned counsel, and files this Amended Rule 9007-1 Motion to Approve Settlement of the debtors regarding the case styled: *Anthony Wagner and Jacqueline Wagner v. Barnett Transportation, et al., case no. CV-2014-901006* in the Circuit Court of Montgomery County, Alabama, and in support thereof states the following:

       1.        On October 5, 2015, the undersigned counsel filed the Motion to approve the pro tanto settlement with Defendants Barnett Transportation and Ed Moorer.

       2.        The undersigned is filing this Motion to Amend Motion to Approve Settlement because Accident Fund Holdings, Inc. ("AFHI") has a subrogation in the amount of $51,764.21.

       3.        AFHI has agreed to accept $29,764.42 as full and final satisfaction of their subrogation in this regard.

       4.        Below you will find the itemization that shows the net amount to be paid into bankruptcy court:

| | |
|---|---|
| **Total of Settlement:** | **$137,500.00** |
| **Attorney's fee (42.5%):** | **$58,437.50** |
| **Expenses:** | **$4,358.65** |
| **AFHI Subrogation:** | **$29,764.42** |
| **Total:** | **$92,560.57** |

Net Amount Remaining:     $44,939.43

**WHEREFORE**, all premises considered, the undersigned counsel moves this Honorable Court to approve the debtor(s) pro tanto settlement so proceeds may be released to the Trustee for the benefit of the debtor's unsecured creditors.

Respectfully submitted this 23rd day of October, 2015.

/s/Dwayne L. Brown
Dwayne L. Brown (ASB-9396-B59D)

Of Counsel:
**Law Office of Dwayne L. Brown, P.C.**
Reply to: Post Office Box 230205
Montgomery, AL 36123
Telephone: (334) 277-3757
Facsimile: (3340 277-3613

Atlanta Office:
201 17th Street NW
Suite 300
Atlanta, GA 30363
Telephone: (678) 538-6451
Facsimile: (678) 538-6501

E-mail: dbrown@dbrownatty.com

Of Counsel:
**Strickland & Kendall, LLC**
2740 Zelda Road, Suite 500
Montgomery, AL 36106
Telephone: (334) 269-3230
Facsimile: (334) 269-3239
Email: mgs@jurytrial.us

## CERTIFICATE OF SERVICE

I, certify that I have served a copy of the foregoing AMENDED RULE 9007-1 MOTION TO APPROVE SETTLEMENT on the parties listed below by either electronic mail or placing same in the United States Mail, postage prepaid and properly addressed, this 23rd day of October, 2015.

/s/Dwayne L. Brown
Of Counsel

Anthony & Jacqueline Wagner
4143 Knollgate Road
Montgomery, AL 36116

Case 12-30472    Doc 103    Filed 10/23/15    Entered 10/23/15 13:35:49    Desc Main
Document    Page 2 of 3

Richard D. Shinbaum, Esq.
Shinbaum & Campbell
Post Office Box 201
Montgomery, AL 36101

Curtis C. Reding
Chapter 13 Trustee
PO Box 173
Montgomery, AL 36101-0173

Teresa R. Jacobs
Bankruptcy Administrator
U.S. Bankruptcy Court
One Church Street
Montgomery AL  36104