| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Anthony Wagner** | Social Security number or ITIN xxx–xx–6017 |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Jacqueline Wagner** | Social Security number or ITIN xxx–xx–7555 |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Alabama** | | |
| Case number:  **12–30472** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Anthony Wagner                             Jacqueline Wagner

Done this 7th day of June, 2016.

*Dwight A. Williams, Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                               Middle District of Alabama
In re:                                                            Case No. 12-30472-DHW
Anthony Wagner                                                    Chapter 13
Jacqueline Wagner
      Debtors                       CERTIFICATE OF NOTICE
District/off: 1127-2         User: ypelham               Page 1 of 2                  Date Rcvd: Jun 07, 2016
                             Form ID: 3180W              Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2016.
db/jdb         +Anthony Wagner,   Jacqueline Wagner,    4143 Knollgate Road,   Montgomery, AL 36116-5523
aty             Dwayne L. Brown,   Law Office of Dwayne L. Brown, PC,    PO Box 230205,
                 Montgomery, AL 36123-0205
aty            +Janna L Ifshin,   2311 Highland Avenue South,    Birmingham, AL 35205-2972
aty            +Karen A. Maxcy,   McCalla Raymer, LLC,    1544 Old Alabama Road,   Roswell, GA 30076-2102
aty            +Richard D. Shinbaum,    Shinbaum & Campbell,   P.O. Box 201,   Montgomery, AL 36101-0201
sp             +Dwayne L. Brown,   Post Office Box 230205,    Montgomery, AL 36123-0205
cr             +Household Finance Corp of AL,    2929 Walden Ave,   Depew, NY 14043-2602
2543457        +ALABAMA ORTHOPAEDIC SPECIALIST,    4294 Lomac Street,   MONTGOMERY, AL 36106-3604
2573462        +ALABAMA ORTHOPEDIC SPECIALISTS,    c/o HOLLOWAY CREDIT SOLUTIONS, LLC,    PO BOX 230609,
                 MONTGOMERY ,AL 36123-0609
2543461        +CREDIT EXPRESS,   3207 ATLANTA HWY,    Montgomery, AL 36109-3435
3024894        +Caliber Home Loans, Inc.,    PO Box 24330,   Oklahoma City, OK 73124-0330
2543463         EOS CCA,    P O Box 556,   Norwell, MA 02061-0556
2543454         EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,   Atlanta, GA 30374-0241
2543456         EXPERION,   P.O. BOX 9701,    Allen, TX 75013-9701
2543464         Holloway Credit Solutions,    P.O. Box 230609,   Montgomery, AL 36123-0609
2543468        +LANE CORPORATE GROUP,    208 GUNN ROAD,   Montgomery, AL 36117-2004
2543470       ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,   HORSHAM PA 19044-2308
               (address filed with court: NCO FINANCIAL,    PO BOX 41466,    Philadelphia, PA 19101)
2616239         MCI,   PO BOX 3243,   BLOOMINGTON, IL 61702-3243
2543472        +PROGRESSIVE INSURANCE,    6300 WILSON MILLS RD,   MAYFIELD VILLAGE, OH 44143-2182
2543473        +TIGERTRANZ,   5330 RINGGOLD RD, STE A,    Chattanooga, TN 37412-3151
2543455         TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,   CHESTER, PA 19022-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: ch13montgomery@ch13mdal.com Jun 07 2016 20:40:37     Curtis C. Reding,
                 P. O. Box 173,   Montgomery, AL 36101-0173
cr             +E-mail/Text: al3571@pioneercredit.net Jun 07 2016 20:39:55
                 1st South East Acceptance Corporation,    Post Office Box 311127,    Enterprise, AL 36331-1127
cr              EDI: AIS.COM Jun 07 2016 20:28:00      Midland Funding LLC by American InfoSource LP as a,
                 Attn: Department 1,   PO Box 4457,    Houston, TX 77210-4457
cr             +EDI: PRA.COM Jun 07 2016 20:28:00     PRA Receivables Management, LLC,    POB 41067,
                 NORFOLK, VA 23541-1067
2549803        +E-mail/Text: al3571@pioneercredit.net Jun 07 2016 20:39:55     1st South East Acceptance Corp,
                 1032 Boll Weevil Circle, Suite F & G,    Enterprise, AL 36330-1319
2543458         EDI: PHINAMERI.COM Jun 07 2016 20:28:00      AMERICREDIT,   200 BAILEY AVE,
                 Fort Worth, TX 76107-1211
2550043         EDI: PHINAMERI.COM Jun 07 2016 20:28:00      AmeriCredit Financial Services, Inc.,
                 PO Box 183853,   Arlington, Texas 76096
2543459         E-mail/Text: bankruptcy@cashcall.com Jun 07 2016 20:40:38     CASH CALL,    P O BOX 66007,
                 Anaheim, CA 92806
2565740        +E-mail/Text: bncmail@w-legal.com Jun 07 2016 20:40:11     CASHCALL, INC.,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVE., STE. 400,    SEATTLE, WA 98121-3132
2543460         EDI: CCS.COM Jun 07 2016 20:28:00     CREDIT COLLECTION SERVICES,    P.O. BOX 9134,
                 Needham Heights, MA 02494-9134
2543462        +EDI: CREDPROT.COM Jun 07 2016 20:28:00      CREDIT PROTECTION,   13355 NOEL RD, 21ST FLOOR,
                 PO BOX 802068,   Dallas, TX 75380-2068
2606733         EDI: RESURGENT.COM Jun 07 2016 20:28:00      CVF Consumer Acquisition Company its successors,
                 and assigns as assignee of NCO,    Portfolio Management,    Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
3236387        +EDI: RMSC.COM Jun 07 2016 20:28:00     Green Tree Servicing,LLC,    7340 S. Kyrene Road,
                 Recovery Dept. T-120,    Tempe, AZ 85283-4573
2543465        +EDI: HFC.COM Jun 07 2016 20:28:00     HOUSEHOLD FINANCE,    P O BOX 3425,
                 Buffalo, NY 14240-3425
2549197        +EDI: HFC.COM Jun 07 2016 20:28:00     HOUSEHOLD FINANCE CORPORATION OF ALABAMA,
                 636 GRAND REGENCY BLVD.,    BRANDON, FL 33510-3942
2543467        +EDI: HFC.COM Jun 07 2016 20:28:00     HSBC BANK,    P.O. Box 5253,    Carol Stream, IL 60197-5253
2624940        +EDI: HFC.COM Jun 07 2016 20:28:00     HSBC Mortgage Services Inc,    PO Box 21188,
                 Eagan, MN 55121-0188
2543466        +EDI: HFC.COM Jun 07 2016 20:28:00     Househould Finance,    P O BOX 3425,
                 Buffalo, NY 14240-3425
2543469        +E-mail/Text: bwilson@monitronics.com Jun 07 2016 20:39:39     MONITRONICS,    PO BOX 814530,
                 Dallas, TX 75381-4530
2831996         EDI: AIS.COM Jun 07 2016 20:28:00     Midland Funding LLC,    by American InfoSource LP as agent,
                 Attn: Department 1,   PO Box 4457,    Houston, TX 77210-4457
3239331         EDI: PRA.COM Jun 07 2016 20:28:00     Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541
2616237         EDI: VERIZONWIRE.COM Jun 07 2016 20:28:00      VERIZON WIRELESS,   PO BOX 3397,
                 BLOOMINGTON, IL 61702-3397
2543475        +EDI: VERIZONWIRE.COM Jun 07 2016 20:28:00      VERIZON WIRELESS/SOUTHEAST,    3 VERIZON PLACE,
                 Alpharetta, GA 30004-8510
                                                                                              TOTAL: 23
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr*         +Caliber Home Loans Inc,   PO Box 24330,   Oklahoma City, OK 73124-0330
cr*         +Green Tree Servicing,LLC,   7340 S. Kyrene Road,   Recovery Dept. T-120,   Tempe, AZ 85283-4573
cr*          Midland Funding LLC by American InfoSource LP as a,   Attn: Department 1,   PO Box 4457,
              Houston, TX  77210-4457
2585409*    +1ST SOUTH EAST ACCEPTANCE CORP,   1032 BOLL WEEVIL CIRCLE, SUITE F&G,
              ENTERPRISE, AL 36330-1381
2832927*     Midland Funding LLC,   by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
              Houston, TX  77210-4457
2543471   ##+PAYLIANCE,   2612 JACKSON AVE WEST,   Oxford, MS 38655-5405
2543474   ##+TRIDENT ASSET MANAGEMENT,   STE 12,   5755 NORTHPOINT PKWY,   Alpharetta, GA 30022-1136
                                                                      TOTALS: 0, * 5, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2016 at the address(es) listed below:
```
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Curtis C. Reding    trustees_office@ch13mdal.com
              Dwayne L. Brown    on behalf of Spec. Counsel Dwayne L. Brown dbrown@dbrownatty.com,
               tafaca@dbrownatty.com
              Janna L Ifshin    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
               PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT bankruptcy@sirote.com
              Karen A. Maxcy    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
               PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC km5@mccallaraymer.com,
               BankruptcyECFMail@mccallaraymer.com;ECFBKAL@rcolegal.com
              Richard D. Shinbaum    on behalf of Plaintiff Anthony   Wagner rshinbaum@smclegal.com,
               smclegalecf@gmail.com
              Richard D. Shinbaum    on behalf of Joint Debtor Jacqueline   Wagner rshinbaum@smclegal.com,
               smclegalecf@gmail.com
              Richard D. Shinbaum    on behalf of Debtor Anthony   Wagner rshinbaum@smclegal.com,
               smclegalecf@gmail.com
              Richard D. Shinbaum    on behalf of Plaintiff Jacqueline   Wagner rshinbaum@smclegal.com,
               smclegalecf@gmail.com
                                                                                     TOTAL: 9
```